IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01252-RPM

ANTHONY NAPOLITANO and
RAFAELA MEURER,

       Plaintiffs,

v.

LOIS E. REITER,

       Defendant.

---

## ORDER FOR DISMISSAL

---

       Pursuant to the Stipulation for Dismissal with Prejudice [25], it is

       ORDERED that this action is dismissed with prejudice, each party to pay their own costs.

       Dated:   May 29th, 2013

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge