IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01252-RPM

ANTHONY NAPOLITANO and
RAFAELA MEURER,

       Plaintiffs,

v.

LOIS E. REITER,

       Defendant.

---

## ORDER FOR DISMISSAL

---

       Pursuant to the Stipulation for Dismissal with Prejudice [25], it is

       ORDERED that this action is dismissed with prejudice, each party to pay their own costs.

       Dated: May 29th, 2013

                                       BY THE COURT:

                                       s/Richard P. Matsch

                                       _____

                                       Richard P. Matsch, Senior District Judge